IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**VICTOR A. ACEVEDO MARIN**<br>**FRANCISCA I. GAUD ORTIZ**<br><br>Debtors | CASE NO.: 11-11025 (EAG)<br><br>CHAPTER 13 |
|---|---|
| FIRSTBANK PUERTO RICO<br><br>Movant | |

### MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now movant **FIRSTBANK PUERTO RICO** through its undersigning attorney and very respectfully ALLEGES, STATES and PRAYS:

1. The case of reference was filed on December 29, 2011. The chapter 13 plan dated January 28, 2012 (docket no. 11) was confirmed on March 1, 2012 (docket no. 14).

2. Movant is a secured creditor, as holder of a duly registered personal security interest over a 2010 Mitsubishi Sportback (claim no. 1-2 at Claims' Registry).

3. Debtors failed to comply with payments under the terms of the confirmed plan. According to the records made available by the Trustee, as of November 21, 2013 they owe $1,200.00. (See *Exhibit* "A".) Said failure constitutes sufficient cause to request the dismissal of the instant case under section 1307(c) of the Bankruptcy Code.

4. Pursuant to the *Service Members Civil Relief Act*, the data of the Department of the Defense Manpower Data Center confirms that debtors aren't members of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health or Cost Guard.) (See *Exhibit* "B".)

For the above stated reasons, Movant respectfully requests this Court to enter an order dismissing the instant case *for cause*, pursuant to the dispositions of 11 USC §1307(c)(6), on the grounds of *Material default by the debtor to the terms of the confirmed plan* and/or 11 USC §1307(c)(1) *Unreasonable delay by the debtor that is prejudicial to creditors.*

### NOTICE

Within thirty (30) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this

motion has been served or any other party to the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this motion with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law, (2) the requested relief is against public policy or (iii) in the opinion of the Court, the interest of justice requires otherwise. (Local Bankruptcy Rule 9013-1(c)(2)(F)).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22 day of November, 2013.

## CERTIFICATE OF SERVICE

I hereby certify that a copy was served by CM/ECF at the authorized address to: all creditors; Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; Madeline Soto Pacheco, Esq., debtors' attorney and to debtors by regular mail to the address of record: HC-01 Box 2569, Adjuntas, P.R. 00601, as per the attached *List of Creditors*.

//s// Maricarmen Colón Díaz
**MARICARMEN COLON DIAZ**
Attorney for Movant- USDC 211410
MARIA M. BENABE RIVERA- USDC 208906
P.O. Box 9146, Santurce, P.R. 00908-0146
Centro de Servicios al Consumidor (248)
1130 Muñoz Rivera Ave., San Juan, P.R.
Tel. (787) 729-8135 / Fax (787) 729-8276
maricarmen.colon@firstbankpr.com

```
Label Matrix for local noticing          BANCO POPULAR PR                          US Bankruptcy Court District of PR
0104-2                                   PO BOX 362708                             Jose V Toledo Fed Bldg & US Courthouse
Case 11-11025-EAG13                      SAN JUAN, PR 00936-2708                   300 Recinto Sur Street, Room 109
District of Puerto Rico                                                            San Juan, PR 00901-1964
Ponce
Thu Nov 14 09:19:08 AST 2013

BANCO POPULAR DE PUERTO RICO             BANCO POPULAR DE PUERTO RICO              BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT                    MORTGAGE SERVICING DEPARTMENT (762)        PO BOX 71564
PO BOX 366818                            PO BOX 362708                             SAN JUAN, PR  00936-8664
SAN JUAN, PR  00936-6818                 SAN JUAN, PR  00936-2708


DPTO DE TRANSPORTACION Y OBRAS PUBLICAS  FIRST BANK                                FIRSTBANK PUERTO RICO
OFICINAS REGIONALES                      BANKRUPTCY DIVISION                       DEPARTAMENTO DE AUTOS
PO BOX 4294                              PO BOX 9146                               PO BOX 13817
SAN JUAN, PR  00940-1249                 SAN JUAN PR 00908-0146                    SAN JUAN, PR 00908-3800


SEARS CREDIT CARDS                       US DEPARTMENT OF EDUCATION                US Department of Education
PO BOX 183081                            PO BOX 5609                               P O Box 65128
COLUMBUS, OH  43218-3081                 GREENVILLE, TX  75403-5609                St Paul, MN 55165-0128


WANDA MARTINEZ ORTIZ                     ALEJANDRO OLIVERAS RIVERA                 FRANCISCA I GAUD ORTIZ
RES VILLA VALLE VERDE                    ALEJANDRO OLIVERAS CHAPTER 13 TRUS        HC 1 BOX 2569
EDIF P APT 127                           PO BOX  9024062                           ADJUNTAS, PR 00601-9549
ADJUNTAS, PR  00601                      SAN JUAN, PR 00902-4062


MADELINE SOTO PACHECO                    MONSITA LECAROZ ARRIBAS                   VICTOR A ACEVEDO MARIN
LUBE & SOTO LAW OFFICES, P.S.C.          OFFICE OF THE US TRUSTEE (UST)            HC 1 BOX 2569
1130 AVE FD ROOSEVELT                    OCHOA BUILDING                            ADJUNTAS, PR 00601-9549
SAN JUAN, PR 00920-2906                  500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients   17
Bypassed recipients    0
Total                 17
```

| PRINT INQUIRY | | | Close Window | | | | Click Here to Print this Page |
|---|---|---|---|---|---|---|---|
| 11-11025-EAG | VICTOR A ACEVEDO MARIN (xxx-xx-2301) | | HC 1 BOX 2569 • • ADJUNTAS • PR • 00601 | | $600.00 MO | Bar Date(s): | 4/29/2012 (has passed) 6/26/2012 (has passed) |
| | FRANCISCA I GAUD ORTIZ (xxx-xx-7629) | | HC 1 BOX 2569 • • ADJUNTAS • PR • 00601 | | | Confirmed: | 3/1/2012 |
| | Trustee: ALEJANDRO OLIVERAS RIVERA | | Attorney: LUBE AND SOTO LAW OFFICES* | | | Case Status: | ACTIVE-INT 2 AUDIT |

**Debtor Pay Schedules**

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 1/28/2012 | 12.00 | $500.00 | MONTHLY | VICTOR A ACEVEDO MARIN | 1/10/2012 | |
| 1/28/2013 | 48.00 | $600.00 | MONTHLY | VICTOR A ACEVEDO MARIN | 1/10/2012 | |
| 1/28/2017 | end of plan | $0.00 | MONTHLY | VICTOR A ACEVEDO MARIN | 1/10/2012 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| | | |

**Payments Expected for Step 1:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/28/2012 | 2/27/2012 | $500.00 | $500.00 |
| 2 | 2/28/2012 | 3/27/2012 | $500.00 | $1,000.00 |
| 3 | 3/28/2012 | 4/27/2012 | $500.00 | $1,500.00 |
| 4 | 4/28/2012 | 5/27/2012 | $500.00 | $2,000.00 |
| 5 | 5/28/2012 | 6/27/2012 | $500.00 | $2,500.00 |
| 6 | 6/28/2012 | 7/27/2012 | $500.00 | $3,000.00 |
| 7 | 7/28/2012 | 8/27/2012 | $500.00 | $3,500.00 |
| 8 | 8/28/2012 | 9/27/2012 | $500.00 | $4,000.00 |
| 9 | 9/28/2012 | 10/27/2012 | $500.00 | $4,500.00 |
| 10 | 10/28/2012 | 11/27/2012 | $500.00 | $5,000.00 |
| 11 | 11/28/2012 | 12/27/2012 | $500.00 | $5,500.00 |
| 12 | 12/28/2012 | 1/27/2013 | $500.00 | $6,000.00 |
| Total | | | | **$6,000.00** |

**Payments Expected for Step 2:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/28/2013 | 2/27/2013 | $600.00 | $600.00 |
| 2 | 2/28/2013 | 3/27/2013 | $600.00 | $1,200.00 |
| 3 | 3/28/2013 | 4/27/2013 | $600.00 | $1,800.00 |
| 4 | 4/28/2013 | 5/27/2013 | $600.00 | $2,400.00 |
| 5 | 5/28/2013 | 6/27/2013 | $600.00 | $3,000.00 |
| 6 | 6/28/2013 | 7/27/2013 | $600.00 | $3,600.00 |
| 7 | 7/28/2013 | 8/27/2013 | $600.00 | $4,200.00 |
| 8 | 8/28/2013 | 9/27/2013 | $600.00 | $4,800.00 |
| 9 | 9/28/2013 | 10/27/2013 | $600.00 | $5,400.00 |
| 10 | 10/28/2013 | 11/27/2013 | $600.00 | $6,000.00 |
| 11 | 11/28/2013 | 12/27/2013 | $600.00 | $6,600.00 |
| 12 | 12/28/2013 | 1/27/2014 | $600.00 | $7,200.00 |
| 13 | 1/28/2014 | 2/27/2014 | $600.00 | $7,800.00 |
| 14 | 2/28/2014 | 3/27/2014 | $600.00 | $8,400.00 |
| 15 | 3/28/2014 | 4/27/2014 | $600.00 | $9,000.00 |
| 16 | 4/28/2014 | 5/27/2014 | $600.00 | $9,600.00 |
| 17 | 5/28/2014 | 6/27/2014 | $600.00 | $10,200.00 |
| 18 | 6/28/2014 | 7/27/2014 | $600.00 | $10,800.00 |
| 19 | 7/28/2014 | 8/27/2014 | $600.00 | $11,400.00 |
| 20 | 8/28/2014 | 9/27/2014 | $600.00 | $12,000.00 |
| 21 | 9/28/2014 | 10/27/2014 | $600.00 | $12,600.00 |
| 22 | 10/28/2014 | 11/27/2014 | $600.00 | $13,200.00 |
| 23 | 11/28/2014 | 12/27/2014 | $600.00 | $13,800.00 |
| 24 | 12/28/2014 | 1/27/2015 | $600.00 | $14,400.00 |
| 25 | 1/28/2015 | 2/27/2015 | $600.00 | $15,000.00 |
| 26 | 2/28/2015 | 3/27/2015 | $600.00 | $15,600.00 |
| 27 | 3/28/2015 | 4/27/2015 | $600.00 | $16,200.00 |
| 28 | 4/28/2015 | 5/27/2015 | $600.00 | $16,800.00 |
| 29 | 5/28/2015 | 6/27/2015 | $600.00 | $17,400.00 |
| 30 | 6/28/2015 | 7/27/2015 | $600.00 | $18,000.00 |
| 31 | 7/28/2015 | 8/27/2015 | $600.00 | $18,600.00 |
| 32 | 8/28/2015 | 9/27/2015 | $600.00 | $19,200.00 |
| 33 | 9/28/2015 | 10/27/2015 | $600.00 | $19,800.00 |
| Total | | | | **$19,800.00** |

**Payments Expected for Step 3:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/28/2017 | 2/27/2017 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

**Breakdown for Combined Schedules**

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 1/2012 | $500.00 | $500.00 | | $0.00 |
| 2 | 2/2012 | $500.00 | $500.00 | | $0.00 |
| 3 | 3/2012 | $500.00 | $500.00 | | $0.00 |
| 4 | 4/2012 | $500.00 | | | $500.00 |
| 5 | 5/2012 | $500.00 | $1,000.00 | | $0.00 |
| 6 | 6/2012 | $500.00 | $500.00 | | $0.00 |
| 7 | 7/2012 | $500.00 | $500.00 | | $0.00 |
| 8 | 8/2012 | $500.00 | $500.00 | | $0.00 |
| 9 | 9/2012 | $500.00 | $500.00 | | $0.00 |
| 10 | 10/2012 | $500.00 | $500.00 | | $0.00 |
| 11 | 11/2012 | $500.00 | $500.00 | | $0.00 |
| 12 | 12/2012 | $500.00 | $500.00 | | $0.00 |
| 13 | 1/2013 | $600.00 | | | $600.00 |
| 14 | 2/2013 | $600.00 | | | $1,200.00 |
| 15 | 3/2013 | $600.00 | $600.00 | | $1,200.00 |
| 16 | 4/2013 | $600.00 | $600.00 | | $1,200.00 |
| 17 | 5/2013 | $600.00 | $600.00 | | $1,200.00 |
| 18 | 6/2013 | $600.00 | $600.00 | | $1,200.00 |
| 19 | 7/2013 | $600.00 | $600.00 | | $1,200.00 |
| 20 | 8/2013 | $600.00 | $600.00 | | $1,200.00 |
| 21 | 9/2013 | $600.00 | $600.00 | | $1,200.00 |
| 22 | 10/2013 | $600.00 | | | $1,800.00 |
| 23 | 11/2013 | | $600.00 | | $1,200.00 |

**Total Delinquent Amount: $1,200.00**





Department of Defense Manpower Data Center

Results as of : Nov-21-2013 05:11:33

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: <u>ACEVEDO MARIN</u>
First Name: <u>VICTOR</u>
Middle Name: <u>A.</u>
Active Duty Status As Of: <u>Nov-21-2013</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: R5B7V10CQ01EHC0

Department of Defense Manpower Data Center

Results as of : Nov-21-2013 05:11:01

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: <u>GAUD ORTIZ</u>
First Name: <u>FRANCISCA</u>
Middle Name: <u>I.</u>
Active Duty Status As Of: <u>Nov-21-2013</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: D5V3F1ECN01ED90