# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

*Hearing Information:*

**Debtor**: VICTOR A ACEVEDO MARIN and FRANCISCA I GAUD ORTIZ
**Case Number**: 11-11025-EAG13                           **Chapter:** 13
**Date / Time / Room**: 4/30/2014 9:30 AM
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**:   YOLANDA DIAZ
**Reporter / ECR**:   ERVIN SOTO

*Matter:*

DEBTOR'S MOTION RECONSIDERATION OF DISMISSAL (#33)
DEBTOR'S MOTION FOR POST CONF. MODIFICATION OF CH. 13 PLAN DATED 01/23/2014 (#34)
TRUSTEE'S UNFAVORABLE RECOMMENDATION (#43)

*Appearances:*

ALEJANDRO OLIVERAS RIVERA
MADELINE SOTO PACHECO


*Proceedings:*

**ORDER:**

Based on what was proffered in open court by counsel for Debtor and Trustee, Debtor's motion to set aside the order dismissing the case (docket #33) is DENIED.  The case remains dismissed.  Banco Popular PR's motion for relief from stay under 362 (docket #44) is found moot as the case remains dismissed.

/S/EDWARD A. GODOY
U.S. Bankruptcy Judge